*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

### JUDGMENT IN A CIVIL CASE

**ABDULJABBAR KHAN**
        **Plaintiff,**

    **vs.**                                **1:25-CV-950**
                                            **(MAD/ML)**

**NEW YORK STATE DEPARTMENT OF**
**HEALTH; DR. PATRICK J. PARSONS;**
**DR. SHERRY FAYE; and**
**DR. KIMBERLEE A. MUSSER,**
        **Defendants.**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ORDERS** that Defendants' motion to dismiss (Dkt. No. 31) is **GRANTED**; and the Court further **ORDERS** that Plaintiff's amended complaint (Dkt. No. 21) is **DISMISSED with prejudice and without leave to amend**; and the Court further **ORDERS** that the clerk of the Court shall enter judgment in Defendants' favor and close this, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, dated the 27th day of July, 2026.

DATED: July 27, 2026

Clerk of Court

s/Britney Norton
Deputy Clerk